IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GRUNLEY WALSH U.S., LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:08-cv-446 |
| ) | |
| LOREN RAAP, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment (Dkt. no. 94) is GRANTED in full. Accordingly, Plaintiff's Counts I-V and VIII-IX are dismissed in their entirety.

Additionally, the Court finds no prejudice in unsealing any information published in this Memorandum Opinion that is currently under seal as a result of the Court's March 13, 2009 Orders (Dkt. nos. 119, 120). Therefore, it is hereby ORDERED that any information in this Memorandum Opinion currently under seal is UNSEALED.

ENTERED this 6th day of May, 2009.

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge