IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GRUNLEY WALSH U.S., LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08-cv-446 LO/JFA |
| | ) |
| LOREN RAAP and G-W MANAGEMENT SERVICES, LLC | ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Grunley Walsh U.S., LLC and Counterclaim Defendants Grunley Construction Co., Inc. and Kenneth M. Grunley hereby appeal to the United States Court of Appeals for the Fourth Circuit from the following decision(s) of the United States District Court for the Eastern District of Virginia, Alexandria Division: (1) the May 6, 2009 Final Judgment Order (Dk. No. 145); (2) the accompanying May 6, 2009 Memorandum Opinion granting defendants' motion for summary judgment (Dk. No. 144); and (3) all other now-final orders and rulings in this case.

Dated: May 26, 2009

                                          GRUNLEY WALSH U.S., LLC,
                                          GRUNLEY CONSTRUCTION CO.,
                                          INC., AND KENNETH M.
                                          GRUNLEY

                                          By Counsel
                                          /s/ Michael J. Schrier             .

F-131141 v1

- 2 -

        Michael J. Schrier (VSB #65916)
        Andrew N. Cook (VSB #39475)
        Kara A. Elgersma, Esq. (*pro hac vice*)
        Attorneys for Grunley Walsh U.S., LLC, Grunley
        Construction Co., Inc., and Kenneth M. Grunley
        K&L GATES LLP
        1601 K Street, N.W.
        Washington, DC  20006
        202-778-9249 tel.
        202-778-9100 fax
        michael.schrier@klgates.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2009, I will electronically file the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Brian L. Schwalb, Esq.
>Damon W.D. Wright, Esq.
>Shirley May Steinbach, Esq.
>VENABLE, LLP
>575 Seventh Street, NW
>Washington, DC 20004
>blschwalb@venable.com
>dwdwright@venable.com
>smsteinbach@venable.com

>/s/ Michael J. Schrier
>Michael J. Schrier (VSB #65916)
>Andrew N. Cook (VSB #39475)
>Attorneys for Grunley Walsh U.S., LLC,
>  Grunley Construction Co., Inc., and
>  Kenneth M. Grunley
>K&L GATES LLP
>1601 K Street, N.W.
>Washington, DC 20006
>202-778-9249 tel.
>202-778-9100 fax
>michael.schrier@klgates.com